# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO. 0:17-cv-60599-WPD

STEPHEN ARONSON,

    Plaintiff,

v.

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

MIDWEST RECOVERY SYSTEMS, LLC
AND O'BRIEN, WEXLER & ASSOCIATES, LLC,

    Defendants.
_____

Plaintiff Stephen Aronson ("Plaintiff"), respectfully moves this Honorable Court for an Order of Default Judgment against Defendants Midwest Recovery Systems, LLC ("Midwest") and O'Brien, Wexler & Associates, LLC ("O'Brien") (collectively, "Defendants"), as provided by Rule 55(b) of the Federal Rules of Civil Procedure, in the amount of $4,513.20, based upon the Declaration of Plaintiff's counsel, Alex D. Weisberg attached hereto, and for the reasons set forth below. Plaintiff asks that judgment bear interest at the judgment rate from the date of entry until paid, as well as any additional relief this Court deems necessary and proper. Plaintiff does not request a hearing on damages.

This Court should enter Default Judgment against Defendants, and in favor of Plaintiff, because:

1.     The Clerk of this Court entered Default against Defendants on May 25, 2017 (Doc. 10).

2. Defendants have not appeared in this action, and are not entitled to notice of this Motion for Default Judgment, although same is being provided.

3. The Complaint in this action sets out a valid claim for damages under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. By virtue of the entry of Default on May 25, 2017, Defendants may not challenge any of the factual allegations supporting those claims.

4. Defendants are neither infants, nor incompetent persons, within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure.

5. Defendants are not currently serving in the military as defined in the Servicemembers Civil Relief Act.

6. This motion is based upon all pleadings and papers on file in this action, the Clerk's Entry of Default, the attached declaration, and whatever other evidence the Court requests.

Accordingly, Plaintiff moves for default judgment against Defendants in the amount of $4,513.20, comprising statutory damages in the amount of $1,000.00 in accordance with 15 U.S.C. § 1692(k)(a)(2)(A), $3,000.00 in reasonable attorney's fees and court costs in the amount of $513.20 in accordance with 15 U.S.C. § 1692(k)(a)(3).

Dated: June 7, 2017.

                Respectfully submitted,

                /s/ Alex D. Weisberg
                Alex D. Weisberg
                FBN: 0566551
                Weisberg Consumer Law Group, PA
                Attorneys for Plaintiff

                                        5846 S. Flamingo Rd, Ste. 290  
                                        Cooper City, FL 33330  
                                        (954) 212-2184  
                                        (866) 577-0963 fax  
                                        aweisberg@afclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2017, Plaintiff's Motion for Default Judgment was filed electronically with the Clerk of the U.S. District Court for the Southern District of Florida using the CM/ECF system. I further certify that on June 7, 2017, a copy of the foregoing Motion for Default Judgment was served on Defendants via U.S. mail as follows:

| | |
|---|---|
| Midwest Recovery Systems, LLC | O'Brien, Wexler & Associates, LLC |
| c/o Corporation Service Company | c/o Corporation Service Company |
| 1201 Hays St. | 80 State St. |
| Tallahassee, FL 32301 | Albany, NY 12207 |

                                         /s/Tremain Davis  
                                       Tremain Davis