UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-60599-WPD

STEPHEN ARONSON,

    Plaintiff,

v.

MIDWEST RECOVERY SYSTEMS, LLC,
AND O'BRIEN, WEXLER & ASSOCIATES, LLC,

    Defendants.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon the Motion for Final Default Judgment [DE 12], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(A), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion for Default Final Judgment [DE 12] is **GRANTED**;

2. Judgment is hereby entered in favor of Plaintiff, STEPHEN ARONSON, and against Defendants, MIDWEST RECOVERY SYSTEMS, LLC and O'BRIEN, WEXLER & ASSOCIATES, LLC;

3. Plaintiff, STEPHEN ARONSON, shall recover from Defendants, jointly and severally, statutory damages in the amount of $1,000**;** attorney's fees in the amount of $3,000.00; costs in the amount of $513.20 for a sum total of **$4,513.20**. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution issue.

4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 20th day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record

O'Brien, Wexler & Associates, LLC
C/O Corporation Service Company
80 State St.
Albany, NY 12207

Midwest Recovery Systems, LLC
C/O Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301